This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**SANTA FE TOW AND EMERGENCY LOCK & KEY,**

    Protestants-Appellants,

v.                                                                                          **NO. 34,881**

**NEW MEXICO TAXATION AND REVENUE DEPARTMENT**,

    Respondent-Appellee,

and

**IN THE MATTER OF THE PROTEST OF SANTA FE TOW TO ASSESSMENT ISSUED UNDER ID# L1332888896 AND EMERGENCY LOCK & KEY TO ASSESSMENT ISSUED UNDER ID# L0837170496**

**APPEAL FROM THE TAXATION & REVENUE DEPARTMENT**
**Monica Ontiveros, Hearing Officer**

Marrs Griebel Law, Ltd.
Clinton W. Marrs
Patrick Griebel
Albuquerque, NM

for Appellants

Taxation & Revenue Department
Peter Breen
Santa Fe, NM

for Appellee

# MEMORANDUM OPINION

**KENNEDY, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}     **AFFIRMED.**

{3}     **IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Chief Judge**

_____

**JONATHAN B. SUTIN, Judge**